JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIAN C. LEWIS  (ILBN 6286715)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-1177 JSW |
| Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM DECEMBER 18, 2009 TO JANUARY 14, 2010 |
| JAMES FELLS, ) | |
| Defendant. ) | |

     The parties appeared before the Honorable Joseph C. Spero on December 17, 2009, whereupon the defendant was arraigned on the indictment in this case.  With the agreement of counsel for both parties and the defendant, the Court now finds as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from December 18, 2009 to January 14, 2010.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

ORDER EXCLUDING TIME
CR 09-1177 JSW

1      2. Given these circumstances, the Court finds that the ends of justice served by excluding
2  the period from December 18, 2009 to January 14, 2010, outweigh the best interest of the public
3  and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
4      3. Accordingly, and with the consent of the defendant, the Court orders that the period
5  from December 18, 2009 to January 14, 2010, be excluded from Speedy Trial Act calculations
6  under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

8      IT IS SO STIPULATED.

10 DATED: December 18, 2009          /s/
                                          ELIZABETH FALK
11                                           Counsel for James Fells

13 DATED: December 18, 2009          /s/
                                          BRIAN C. LEWIS
14                                           Assistant United States Attorney

16     IT IS SO ORDERED.

18 DATED: 12/21/09
                                          Judge Joseph C. Spero
                                          United States Magistrate Judge

ORDER EXCLUDING TIME
CR 09-1177 JSW                                     -2-