JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-1177 JSW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JANUARY 14, 2010 TO FEBRUARY 18, 2010 |
| JAMES FELLS, | ) | |
| Defendant. | ) | |

      The parties initially appeared before the Honorable Jeffrey S. White on January 14, 2010 for a status conference.  With the agreement of counsel for both parties and the defendant, the Court now finds as follows:

      1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 14, 2010 to February 18, 2010.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant and conduct investigation into possible defenses.

//

//

ORDER EXCLUDING TIME
CR 09-1177 JSW

2. Given these circumstances, the Court finds that the ends of justice served by excluding the period from January 14, 2010 to February 18, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court orders that the period from January 14, 2010 to February 18, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: January 19, 2010

/s/
ELIZABETH FALK
Counsel for James Fells

DATED: January 19, 2010

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 20, 2010

JEFFREY S. WHITE
United States District Judge

ORDER EXCLUDING TIME
CR 09-1177 JSW                              -2-