JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-1177 JSW |
| Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER RESCHEDULING CHANGE OF PLEA HEARING AND EXCLUDING TIME UNTIL APRIL 8, 2010 |
| JAMES FELLS, ) | |
| Defendant. ) | |

     By stipulation and an order of this Court, the parties are set to appear before this Court on April 1, 2010 for a change of plea.  Government counsel has recently learned that he will be traveling out of state and unavailable on that date.  As such, with the agreement of counsel for both parties and the defendant, the Court now finds as follows:

     1. The parties agree to reschedule the change of plea hearing set in this case to Thursday, April 8, 2010 at 2:30 p.m.

     2. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, until April 8, 2010.  Failure to grant the requested continuance would unreasonably deny the parties continuity of counsel.

ORDER RESCHEDULING CHANGE OF PLEA HEARING
CR 09-1177 JSW

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period until April 8, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court orders that the period from until April 8, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: March 5, 2010

/s/
ELIZABETH FALK
Counsel for James Fells

DATED: March 5, 2010

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 8, 2010

JEFFREY S. WHITE
United States District Judge

ORDER RESCHEDULING CHANGE OF PLEA HEARING
CR 09-1177 JSW                         -2-