1   BARRY J. PORTMAN
    Federal Public Defender
2   ELIZABETH M. FALK
    Assistant Federal Public Defender
3   450 Golden Gate Avenue
    San Francisco, CA 94102
4   Telephone: (415) 436-7700

5   Counsel for Defendant FELLS

6

7               IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )   No. CR 09-1177 JSW
                                       )
11          Plaintiff,                 )
                                       )
12      v.                             )   STIPULATION and [PROPOSED]
                                       )   ORDER TO MODIFY CONDITIONS OF
13  JAMES FELLS,                       )   RELEASE
                                       )
14          Defendant.                 )   Date: May 12, 2010
                                       )   Court: The Honorable Joseph C. Spero
15  _____    )
                                       )
16

17      Undersigned counsel stipulate as follows:

18      1.     Mr. Fells moves for the bond be modified to allow Mr. Fells to accept a job offer

19             (in addition to his schooling).  Specifically, Mr. Fells has received a job offer from

20             Delley's Janitorial Services in Vacaville to work as an evening janitor from 7:00

21             p.m. to 11:00 p.m. each evening, for a guaranteed 28 hours per week at $16.25 per

22             hour;

23      2.     Pretrial Services has been provided a letter confirming Mr. Fells' employment

24             from Benard Delley, owner of Delley's Janitorial Services, which includes Mr.

25             Delley's address and telephone number;

26      3.     The government does not object to Mr. Fells' request that the Court approve his

27             employment and permit Pretrial Services to modify the terms of his electronic

28             monitoring to allow him to accept the new position;

        4.     The parties stipulate and ask the Court to order that Pretrial Services set Mr. Fells'

1      electronic monitoring schedule for the aforementioned work purposes, including

2      travel time to and from the new position in Vacaville.

3

4   IT IS SO STIPULATED

5   DATED:      May13, 2010                _____/S/_____

6
                                           ELIZABETH M. FALK
7                                          Assistant Federal Public Defender

8   DATED:      May 13, 2010               _____S/_____

9
                                           BRIAN LEWIS
10                                         Assistant United States Attorney

11
    DATED:      May 13, 2010               _____/S/_____
12

13                                         RICHARD SARLATTE
                                           United States Pretrial Services Officer
14

15  I hereby attest that I have on file all holographic signatures indicated by a "conformed"

16  signature (/S/) within this efiled document.

17                            [PROPOSED] ORDER

18      GOOD CAUSE APPEARING, it is hereby ORDERED that Mr. Fells' electronic

19  monitoring condition be altered for the purposes stated in this stipulation, namely, to enable him

20  to work at Delley's Janitorial Services in Vacaville. Mr. Fells' actual schedule for electronic

21  monitoring shall be set by Pretrial Services and Mr. Fells is hereby ordered to comply with the

22  hours of home confinement as determined by Pretrial Services.

23

24  IT IS SO ORDERED

25

26  DATED:_____May 18, 2010_____      _____

27                                      THE HON_____SPERO
                                        UNITED S_____TE JUDGE
28

*Fells*, CR 09-1177 JSW
STIP.RE MODIFICATION OF BOND               2